IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GENEVIEVE BRAECKLEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-34-M |
| ) | |
| CSAA INSURANCE EXCHANGE, ) | |
| CSAA FIRE & CASUALTY INSURANCE ) | |
| COMPANY a/k/a AAA FIRE & CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Genevieve Braecklein, and Defendants, CSAA Insurance Exchange and CSAA Fire & Casualty Insurance Company a/k/a AAA Fire & Casualty Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate Plaintiff's claims against Defendants should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 9th day of March, 2017.

Respectfully submitted,

s/ *Daniel C. Hays*
*(Signed with Permission of Filing Attorney)*
Robert Todd Goolsby, OBA No. 12676
James L. Gibbs, II, OBA No. 15689
Daniel C. Hays, OBA No. 30101
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 North Broadway Avenue, Suite 400
Oklahoma City, Oklahoma  73102
Telephone:   405-524-2400
Facsimile:    405-525-6004
Email: tgoolsby@gphglaw.com
           jgibbs@gphglaw.com
           dhays@gphglaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ *Erin J. Rooney*
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER &
 ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
Email:   jerry@pclaw.org; erin@pclaw.org
**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Todd Goolsby, Esquire
James L. Gibbs, II, Esquire
Daniel C. Hays, Esquire

*s/ Erin J. Rooney*
For the Firm